UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH DEAN KNIGHT, JR.,

    Petitioner,

v.                                             Case No. 3:21-cv-295-LC-MJF

RICKY D. DIXON,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

This habeas case, filed under 28 U.S.C. § 2254, is before the court on Petitioner's motion for summary judgment based on Respondent's failure to respond to his petition. Doc. 24. Petitioner asserts that Respondent's "procedural default" entitles him to a judgment in his favor. *Id*. The undersigned concludes that Petitioner's motion should be denied summarily for several reasons.[1]

First, Petitioner's motion fails to comply with the Local Rules for the Northern District of Florida governing the form of summary judgment motions. *See* N.D. Fla. Loc. R. 56.1. Second, even if in proper form, Petitioner's motion provides no basis for summary judgment or default judgment. Respondent timely moved to extend his

---

[1] The District Court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(B); *see also* 28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b).

Page 1 of 3

time to answer, Doc. 21, and this court granted an extension to January 18, 2022. Doc. 22. Third, neither a default judgment, nor a summary judgment, is appropriate due to a respondent's failure to timely respond to a petition for writ of habeas corpus. *See Aziz v. Leferve*, 830 F.2d 184, 187 (11th Cir. 1987) (finding that a default judgment is not contemplated in habeas corpus cases); *Goodman v. Keohane*, 663 F.2d 1044, 1048 n.4 (11th Cir. 1981) (rejecting petitioner's argument that the government's tardiness in responding to his petition entitled him to habeas relief); *Broussard v. Lippman*, 643 F.2d 1331, 1134 (5th Cir. 1981) (same).

For the reasons set forth above, the undersigned respectfully **RECOMMENDS** that:

1. Petitioner's motion for summary judgment, Doc. 24, be **DENIED**.

2. This case be returned to the undersigned for further proceedings.

At Pensacola, Florida, this 13th day of January, 2022.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate**

**judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**