# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KENNETH DEAN KNIGHT, JR.,

    Petitioner,

v.                                                      Case No.  3:21-cv-295-LC-MJF

RICKY D. DIXON,

    Respondent.
_____/

## **ORDER**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 13, 2022. (Doc. 25). The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection was made.

    Having considered the Report and Recommendation and the objections thereto, I conclude that it should be adopted.

    Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 25) is adopted and incorporated by reference in this Order.

2. Petitioner's motion for summary judgment (Doc. 24) is **DENIED**.

3. The clerk of court shall return this case to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 14th day of February, 2022.

s/L.A. Collier
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE