UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH DEAN KNIGHT, JR.,

    Petitioner,

v.                                      Case No. 3:21-cv-295-LC-MJF

RICKY D. DIXON,

    Respondent.
_____/

**ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 27, 2022. (Doc. 44). The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection was made.

Having considered the Report and Recommendation and the objections thereto, I conclude that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 44), is adopted and incorporated by reference in this Order.

2. Petitioner's motion for appointment of counsel, Doc. 41, is **DENIED**.

3. Petitioner's motions for discovery, Docs. 42, 43, are **DENIED**.

4. The petition for writ of habeas corpus, Doc. 1, challenging the judgment of conviction and sentence in *State of Florida v. Kenneth Dean Knight, Jr.*, Escambia County Circuit Court Case No. 2015-CF-2729, is **DENIED**.

5. A certificate of appealability is **DENIED**.

6. The clerk of court shall close this case file.

**DONE AND ORDERED** this 23rd day of November, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**